IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUFINO VILLARREAL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>TODD SCHMADERER, in his individual capacity, et al.,<br><br>　　　　Defendants. | 8:20-CV-403<br><br>ORDER |

IT IS ORDERED:

1. The plaintiff may respond to the defendants' motion for summary judgment (filing 34) on or before August 23, 2022.

2. The defendants may reply in support of their motion on or before September 6, 2022.

Dated this 9th day of August, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge